Same case below, 396 Fed. Appx. 960.

**No. 10-8642. Donald Wayne Cooks, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 908, 131 S. Ct. 1792, 179 L. Ed. 2d 662, 2011 U.S. LEXIS 2509.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8645. Zephyrinus C. Egbuonu, Petitioner v. J. P. Young, Jr., Warden, et al.**

563 U.S. 908, 131 S. Ct. 1792, 179 L. Ed. 2d 662, 2011 U.S. LEXIS 2451.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8647. Kevin Eugene Craig, Petitioner v. Arizona.**

563 U.S. 908, 131 S. Ct. 1792, 179 L. Ed. 2d 662, 2011 U.S. LEXIS 2579.

March 28, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

**No. 10-8650. Anthony C. Pitre, Petitioner v. Robert Henderson, Warden.**

563 U.S. 908, 131 S. Ct. 1792, 179 L. Ed. 2d 662, 2011 U.S. LEXIS 2503.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8651. Charlotte D. Costley, Petitioner v. H.E. Butt Grocery Company, aka H.E. Butt Grocery Company, L.P., dba H.E.B. Store Waco 06 #11.**

563 U.S. 908, 131 S. Ct. 1792, 179 L. Ed. 2d 662, 2011 U.S. LEXIS 2517.

March 28, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Tenth District, denied.

**No. 10-8652. Leonard Bertrum Carter, Petitioner v. Michigan.**

563 U.S. 908, 131 S. Ct. 1793, 179 L. Ed. 2d 662, 2011 U.S. LEXIS 2481.

March 28, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-8657. Anthony Cisneros, Petitioner v. Kansas.**

563 U.S. 908, 131 S. Ct. 1793, 179 L. Ed. 2d 662, 2011 U.S. LEXIS 2546.

March 28, 2011. Petition for writ of certiorari to the Court of Appeals of Kansas denied.

Same case below, 218 P.3d 1197.

**No. 10-8664. Ray Tylicki, Petitioner v. John Schwartz.**

563 U.S. 908, 131 S. Ct. 1793, 179 L. Ed. 2d 662, 2011 U.S. LEXIS 2471.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 401 Fed. Appx. 603.